**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **BEN ESTER DOCKERY, # 1804207,** ) | |
| Plaintiff, ) | |
| vs. ) | No. 3:12-CV-2703-D |
| ) | |
| **DALLAS COUNTY SHERIFF'S DEPT.,** ) | |
| **et al.,** ) | |
| Defendants. ) | |

## ORDER

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted.

**SO ORDERED**.

January 31, 2013.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE